**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

FRIENDS OF LACKAWANNA, JOSEPH JAMES AND MARI MAY, EDWARD AND BEVERLY MIZANTY, AND KATHERINE AND TODD SPANISH,

Petitioners

v.

DUNMORE BOROUGH ZONING HEARING BOARD,

Respondent

v.

DUNMORE BOROUGH, KEYSTONE SANITARY LANDFILL, INC., F&L REALTY CORPORATION, F&L REALTY, INC., KEYSTONE COMPANY AND KEYSTONE LANDFILL, INC.,

Respondents

: No. 137 MAL 2020
:
:
: Petition for Allowance of Appeal
: from the Order of the
: Commonwealth Court

## ORDER

**PER CURIAM**

    **AND NOW**, this 20th day of October, 2020, the Petition for Allowance of Appeal is **DENIED**.